**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**PEPPER SOURCE, LTD.**                                                                                              **PLAINTIFF**

vs.                                     Case No. 2:22-cv-02057-PKH

**OZONE LLC DBA OZONE SOLUTIONS**                                                   **DEFENDANT**

## COMPLAINT

Plaintiff Pepper Source, Ltd. ("Pepper Source") by and through its attorneys Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and for its Complaint, states as follows:

## PARTIES

1. Plaintiff Pepper Source is an Arkansas corporation authorized to conduct business in the State of Arkansas.

2. Defendant Ozone LLC d/b/a Ozone Solutions ("Ozone Solutions") is an Iowa limited liability company, with a principal office address of 451 Black Forest Rd., Hull, IA 51239.

## JURISDICTION AND VENUE

3. There is diversity of citizenship between Pepper Source and Ozone Solutions. The amount in controversy is more than $75,000.00.

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332(a).

5. This Court has personal jurisdiction over Ozone Solutions because, among other things, Ozone Solutions transacts business in Arkansas and maintains a facility in Arkansas.

6. The claims forming the basis of this Complaint, or a substantial portion thereof, arose in the geographical area which is contained within the federal judicial district known as the Western District of Arkansas.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

8. On December 31, 2020, Pepper Source and Ozone Solutions agreed to an Estimate, whereby Ozone Solutions contracted to create a Custom Ozone System ("System") for Pepper Source for $249,764.00 ("Contract"). A true and correct copy of the Contract is attached to the Complaint as **Exhibit 1**.

9. In accordance with the terms of the Contract, Pepper Source paid 50 percent of the purchase price as a down payment on the System.

10. Pepper Source then paid 30 percent of the purchase price at the time of the alleged completion of the System.

11. In total, Pepper Source paid Ozone Solutions $199,811.00 for the System.

12. As set out in the Contract, upon the alleged completion of the System and prior to receipt of the System, Pepper Source paid for a validation study to confirm that the System met the required 5-log reduction.

13. The System was delivered to Arkansas and tested in Arkansas.

14. On September 27, 2021, the System failed the validation study.

15. This failure triggered the following provision of the Contract: "If for any reason the unit does not meet the 5-log reduction requirement, Pepper Source will allow 30 days for Ozone Solutions to make modifications to the unit in to meet the 5-log reduction. After modifications are made, Pepper Source will perform a 2nd validation study to confirm the 5-log reduction. Pepper Source will be reimbursed for all costs associate[d] with the 2nd validation study."

16. As further set forth in the Contract, "[i]f a 5-log reduction is not met after 2 attempts of a validation study, Pepper Source will not be responsible for any remaining outstanding

payments & will be reimbursed for any & all payments that have been made on the unit up to that date."

17. Ozone Solutions failed to make modifications to the System before the 30-day deadline for modifications.

18. In fact, months passed by without any indication from Ozone Solutions that it had made the necessary modifications.

19. Given that Ozone Solutions failed to make timely modifications to pass a second validation study, the time for complying with the terms of the Contract has now expired.

20. Pursuant to the Contract, Ozone Solutions must reimburse Pepper Source a total amount of $199,811.00—the amount that Pepper Source paid Ozone Solutions for the System.

## CAUSES OF ACTION

## COUNT I – BREACH OF CONTRACT

21. The allegations contained in paragraphs 1 through 20 are adopted, realleged, and incorporated by reference as if set forth word for word.

22. Ozone Solutions entered into the Contract with Pepper Source under which it agreed to create a Custom Ozone System that would meet the 5-log reduction requirement.

23. Pepper Source paid Ozone Solutions $199,811.00, in compliance with the Contract.

24. The System failed to meet the 5-log reduction requirement, and Ozone Solutions failed to make the necessary modifications to pass a 2nd validation study with 30 days—the time set forth in the Contract.

25. Further, despite demand by Pepper Source, Ozone Solutions has failed to reimburse Pepper Source for the money its has paid to date for the System.

26. Thus, Ozone Solutions has breached the terms set forth in the Contract.

27.　As a result of Ozone Solution's breach of the contract, Pepper Source has incurred substantial damages in an amount to be proven at trial.

28.　Because Ozone Solutions breached its contract, Judgment should be entered in favor of Pepper Source and against Ozone Solutions in an amount to be proven at trial, plus interest and reasonable attorneys' fees and costs.

WHEREFORE, Plaintiff Pepper Source prays for damages to be awarded against Defendant Ozone Solutions in an amount sufficient to compensate it fully for the damages it has suffered. Plaintiff prays for an award of attorneys' fees to be awarded against Ozone Solutions and for all pre-judgment interest, and for all other relief to which it is entitled.

Dated: April 6, 2022

Respectfully submitted,

Lance R. Miller, Ark. Bar No. 85109
Cara D. Butler, Ark Bar No. 2019182
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
501-688-8800
lmiller@mwlaw.com
cbutler@mwlaw.com