UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PEPPER SOURCE, LTD                                                                                  PLAINTIFF

v.                                         No. 2:22-cv-02057

OZONE LLC
d/b/a OZONE SOLUTIONS                                                                               DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on December 13, 2023, IT IS HEREBY ADJUDGED that Plaintiff Pepper Source, Ltd. shall have and recover from Defendant Ozone LLC doing business as Ozone Solutions $119,311.20 in damages on Plaintiff's claim for breach of contract, and $27,521.33 of prejudgment interest. Postjudgment interest on these damages and the prejudgment interest will accrue at the rate of 5.08% per annum from the date of December 14, 2023 until paid.

IT IS FURTHER ADJUDGED that Defendant's breach of contract counterclaim is DISMISSED WITH PREJUDICE pursuant to the Court's order entered in this case on September 22, 2023.

IT IS SO ADJUDGED this 14th day of December, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE