UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PEPPER SOURCE, LTD                                                                                                    PLAINTIFF

v.                                              No. 2:22-cv-02057

OZONE LLC
d/b/a OZONE SOLUTIONS                                                                                         DEFENDANT

## AMENDED JUDGMENT[1]

Pursuant to the opinion and order entered in this case on December 14, 2023, IT IS HEREBY ADJUDGED that Plaintiff Pepper Source, Ltd. shall have and recover from Defendant Ozone LLC doing business as Ozone Solutions $199,311.20 in damages on Plaintiff's claim for breach of contract, and $27,521.33 of prejudgment interest, totaling $226,832.53. Postjudgment interest on this amount will accrue at the rate of 5.08% per annum from the date of December 14, 2023 until paid.

IT IS FURTHER ADJUDGED that Defendant's breach of contract counterclaim is DISMISSED WITH PREJUDICE pursuant to the Court's order entered in this case on September 22, 2023.

IT IS SO ADJUDGED this 15th day of December, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] The Court's first judgment contained a clerical error, awarding $119,311.20 in damages as opposed to the proper amount, which is $199,311.20. The Court enters this amended judgment sua sponte to correct this error under Federal Rule of Civil Procedure 60(a). This amended judgment also clarifies that postjudgment interest will accrue on the total amount of damages and prejudgment interest.