# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1523

Pepper Source, LTD

Appellee

v.

Ozone LLC, doing business as Ozone Solutions

Appellant

---

Appeal from U.S. District Court for the Western District of Arkansas - Ft. Smith
(2:22-cv-02057-PKH)

---

**MANDATE**

In accordance with the judgment of January 15, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 15, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit